

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

February 8, 2022

VIA CM/ECF

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Diedling v. Mastercard Inc.*, No. 7:21-cv-10178-KMK

Dear Judge Karas:

We represent Mastercard Inc. ("Mastercard" or "Defendant") in the above-captioned case. Prior to the reassignment of this case to Your Honor, Mastercard moved to consolidate this action with four other substantially similar complaints filed in the Southern District of New York in which we represent Mastercard.[1] At the time we filed our letter requesting consolidation, the Plaintiffs opposed the request, but they have since withdrawn their opposition. (*See* Ex. A, Jan. 31, 2022 request (ECF No. 14); Ex. B, Pl. Ltr. of Feb. 1, 2022 (ECF No. 16)).

Mastercard's Motion to Consolidate the instant action with the actions referenced in footnote 1 is granted, for the reasons noted in Mastercard's January 31, 2022 letter. (*See* Dkt. No. 14.)

The Clerk of Court is respectfully directed to terminate the pending motion. (*See* Dkt. No. 14.)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/10/22

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Michael S. Sommer*
Michael S. Sommer
Jessica R. Lonergan

*Counsel for Defendant Mastercard Inc.*

cc:   All Counsel of Record (via CM/ECF)

---

[1] The other actions are *Anderson v. Mastercard Inc.*, No. 7:21-cv-10179-VB (*Briccetti, J.*) (filed Nov. 30, 2021); *Kenter v. Mastercard Inc.*, No. 7:21-cv-10180-VB (*Briccetti, J.*) (filed Nov. 30, 2021); *Rivera v. Mastercard Inc.*, No. 7:21-cv-10181-NSR (*Roman, J.*) (filed Nov. 30, 2021); *Sanborn v. Mastercard Inc.*, No. 7:21-cv-10182-NSR (*Roman, J.*) (filed Nov. 30, 2021). The same counsel represents the Plaintiffs in all five actions.